ACCEPTED
01-15-00618-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 8:19:29 AM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 2014-20490

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | IN THE DISTRICT COURT |
| MARRIAGE OF | § | |
| ANITA MICHELLE LOPEZ | § | 308th JUDICIAL DISTRICT |
| AND | § | |
| JOSE ROMULO LOPEZ | § | HARRIS COUNTY, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 8:19:29 AM
CHRISTOPHER A. PRINE
Clerk

## RESPONDENT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Respondent, JOSE ROMULO LOPEZ and pursuant to Texas Rule of Appellate Procedure 25.1, files this Notice of Appeal.

1. **Trial Court, Cause Number, and Style of the case**: 308th Judicial District Court of Harris County, Texas; Cause No. 2014-20490; In the matter of the Marriage of ANITA MICHELLE LOPEZ and JOSE ROMULO LOPEZ.

2. **Date of Judgment appealed from**: First Amended Final Decree of Divorce signed May 4, 2015.

3. **Party's desire to appeal**: Respondent, JOSE ROMULO LOPEZ desires to appeal the Judgment.

4. **Court to which appeal is taken**: Either the First or Fourteenth Court of Appeals.

5. **Name of Party filing the notice**: Respondent, JOSE ROMULO LOPEZ.

Respectfully submitted,
THE SELESKY LAW FIRM, LLP
5225 Katy Freeway, Suite 605
Houston, Texas 77007
(713) 780-9595 (Telephone)
(713) 782-5226 (Telecopier)

CARL J. SELESKY, SBOT # 00792121
carlselesky@carlselesky.com
ATTORNEY FOR RESPONDENT

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instruments were served upon all interested parties in accordance with the Texas Rules of Civil procedure below by either personal delivery, facsimile or certified mail, return receipt requested on July 15, 2015.

Sandra Kay Polk
1502 Augusta Dr., Suite 390
Houston, Texas 77057-2525
713-266-0846
713-266-9269

CARL SELESKY